HINSON *v.* TANNER *et al.*

FISH, C. J. There was no abuse of discretion in refusing an interlocutory injunction. *Judgment affirmed. All the Justices concur.*
JULY 12, 1917.

Petition for injunction. Before Judge Highsmith. Jeff Davis superior court. July 5, 1916.

*W. W. Bennett,* for plaintiff.

*J. W. Quincey* and *Dickerson, Kelley & Roberts,* for defendants.